UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| BRETT J. BALL, | ) | 2:10-CV-02064-PMP-LRL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| SUNTRUST MORTGAGE, INC.; ATEC FORECLOSURE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, IND. | ) | |
| Defendants. | ) | |

Having read and considered Plaintiff Brett Ball's fully briefed Motion to Remand to State Court (Doc. #13), filed on December 15, 2010, and finding that this action was properly removed by Defendants based upon complete diversity of citizenship of the parties and an amount in controversy that exceeds $75, 000.00, and good cause appearing,

**IT IS ORDERED that** Plaintiff Brett Ball's Motion to Remand to State Court (Doc. #13) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff shall have ten days from the date of this Order within which to file a Response to Defendant's Partial Motion to Dismiss Complaint (Doc. #7) filed December 1, 2010.

DATED:  January 6, 2011.

_____
PHILIP M. PRO
United States District Judge