UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| BRETT J. BALL, | ) | |
| | ) | 2:10-CV-02064-PMP-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SUNTRUST MORTGAGE, INC.; ATEC FORECLOSURE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |

      Before the Court for consideration is Defendant SunTrust Mortgage, Inc.'s Partial Motion to Dismiss Plaintiff's Complaint (Doc. #7), filed on December 1, 2010. On December 2, 2010, Defendant Aztec Foreclosure Corporation joined in Defendant's Motion to Dismiss (Doc. #10). On January 19, 2011, Plaintiff Brett Ball filed an Opposition to Defendant's Partial Motion to Dismiss (Doc. #22) to which Defendants' Reply (Doc. #23 and #24) on January 31, 2011. Having read and considered the foregoing the Court finds that Defendants' Partial Motion to Dismiss Plaintiff's First and Third Causes of Action should be granted.

      Specifically, Plaintiff's First Cause of Action for Wrongful Foreclosure and Third Cause of Action to Quiet Title failed because Plaintiff is in default and therefore lacks standing to pursue either claim.

1     **IT IS THEREFORE ORDERED that** Defendants' Partial Motion to
2 Dismiss Plaintiff's First and Third Causes of Action (Doc. #7) is **GRANTED**.

4 DATED: February 14, 2011.

_____
PHILIP M. PRO
United States District Judge