UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRETT J. BALL,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNTRUST MORTGAGE, INC.; AZTEC FORECLOSURE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, IND.<br><br>    Defendants. | 2:10-CV-02064-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Defendant Aztec Foreclosure Corporation's fully briefed Partial Motion to Dismiss Plaintiff's Complaint (Conspiracy and Injunctive Relief) filed February 4, 2011 (Doc. #25).

By this motion, Defendant Aztec seeks dismissal of Plaintiff's claims of Civil Conspiracy and Injunctive relief as both of these claims are derivative and dependant upon a finding or wrongful foreclosure, which Defendants contend does not exist as a matter of law in this case. The Court agrees.

Although the Court must consider the facts alleged in a complaint as true for purposes of evaluating a motion to dismiss, the Court does not assume the truth of legal conclusions alleged by a plaintiff. Here the Court finds Plaintiff's conspiracy claim necessarily fails because Plaintiff does not state a claim for the underlying tort of wrongful foreclosure which was allegedly the object of the unlawful conspiracy alleged. Moreover, because Plaintiff fails to state a claim for

wrongful foreclosure or conspiracy, Plaintiff's separate claim for injunctive relief similarly fails.  Finally, Plaintiff has failed to identify any basis under which he would be entitled to a judgment quieting title to the five properties at issue in this case.

**IT IS THEREFORE ORDERED that** Defendant Aztec Foreclosure's Partial Motion to Dismiss (Doc. #25) is **GRANTED**, and that each of Plaintiff's remaining claims as to Defendant Aztec are hereby dismissed.

DATED: March 22, 2011.

_____
PHILIP M. PRO
United States District Judge