UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BRETT J. BALL,                          )
                                        )          2:10-CV-02064-PMP-LRL
            Plaintiff,                  )
                                        )
 vs.                                    )                **ORDER**
                                        )
SUNTRUST MORTGAGE, INC.;                )
ATEC FORECLOSURE                        )
CORPORATION; FEDERAL                    )
NATIONAL MORTGAGE                       )
ASSOCIATION; MORTGAGE                   )
ELECTRONIC REGISTRATION                 )
SYSTEMS, IND.                           )
                                        )
            Defendants.                 )
_____ )

     The Court having read and considered Intervener Iryna Sysenko's Motion to Intervene and to Expunge Lis Pendens (Doc. #33) filed March 7, 2011, and Plaintiff Ball's Response in Opposition thereto (Doc. #36), and good cause appearing,

     **IT IS ORDERED that** Intervener Iryna Sysenko's Motion to Intervene and to Expunge Lis Pendens (Doc. #33) is **GRANTED**.

DATED: March 28, 2011.

_____
PHILIP M. PRO
United States District Judge