UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRETT J. BALL,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNTRUST MORTGAGE, INC.; ATEC FORECLOSURE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>    Defendant. | 2:10-CV-02064-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Defendants' Motion for Judgment on the Pleadings and to Expunge Lis Pendens (Doc. #39) filed April 25, 2011. As of this date, Plaintiff has failed to file a timely response to Defendants' Motion (Doc. #39). As a result, in accord with the Local Rules of Practice of this Court, Plaintiff consents to the granting of Defendants' motion. Moreover, a review of Defendants' motion shows that Defendants are entitled to the relief requested on the merits of their motion.

**IT IS THEREFORE ORDERED that** Defendants' Motion for Judgment on the Pleadings and to Expunge Lis Pendens (Doc. #39) is **GRANTED**.

///

///

**IT IS FURTHER ORDERED that** the Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff Brett Ball.

DATED: May 13, 2011.

_____
PHILIP M. PRO
United States District Judge